NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EUGENE WALTON, )
)
       Appellant, )
)
v. )     Case No. 2D17-4236
)
STATE OF FLORIDA, )
)
       Appellee. )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle
Sisco, Judge.

PER CURIAM.

      Affirmed. See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Wicker v.

State, 462 So. 2d 461 (Fla. 1985); State v. Waters, 436 So. 2d 66 (Fla. 1983); State v.

King, 426 So. 2d 12 (Fla. 1982); State v. Hicks, 421 So. 2d 510 (Fla. 1982); McDonald

v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d

DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Shortridge v. State,

884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA

2002); Mosely v. State, 688 So. 2d 999 (Fla. 2d DCA 1997); Desmond v. State, 576 So.

2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Foss v.

State, 834 So. 2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So. 2d 946 (Fla. 5th

DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001); Hart v. State, 761 So.

2d 334 (Fla. 4th DCA 1998).


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.